No. 204. STANDARD OIL CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Isador Grossman* and *James R. Tritschler* for petitioners. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr., Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 299. RIVERA *v.* PUERTO RICO EX REL. CASTRO. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. F. Fernandez Cuyar* and *Bolivar Pagan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Jerome H. Simonds* for respondent.

No. 657. SEGAL LOCK & HARDWARE CO., INC. ET AL. *v.* FEDERAL TRADE COMMISSION. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles M. Palmer* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Matthias N. Orfield, W. T. Kelley,* and *W. Marvin Smith* for respondent.

No. 687. NUWAY LAUNDRY CO. *v.* BOWLES, PRICE ADMINISTRATOR. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John B. Dudley* for petitioner. *Solicitor General Fahy* and *Messrs. Thomas I. Emerson* and *David London* for respondent.

No. 698. WARNER COAL CORP. *v.* COSTANZO TRANSPORTATION CO. ET AL. January 2, 1945. Petition for writ of cer-